UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:                               *             CHAPTER 13
ALLISON N. PRACHT,           *
Debtor.                       *             CASE NO. 11-30594

### NOTICE OF PROPOSED PLAN

The Debtor filed her Chapter 13 petition on April 5, 2011 without the inclusion of a proposed plan, and the notice of the meeting of creditors and hearing on confirmation has previously been mailed to all creditors and parties in interest.

Please take **NOTICE** that a copy of the Debtor's proposed plan is attached hereto.

HARRIS & LIKEN, L.L.P.

P.O. Box 1586                              CHRISTOPHER J. LIKEN
Athens, GA 30603                      State Bar No. 452355
(706) 613-1953                              Attorney for Debtor

===========================================================

### CERTIFICATE OF SERVICE

I certify that I have mailed a copy of the foregoing Notice with a copy of the Debtor's proposed Plan to all creditors as shown on the attached matrix, by first class mail with adequate postage attached thereto and to the following:

*Sent electronically to:*
Ms. Camille Hope, Chapter 13 Trustee
*docomt@chapter13macon.com*

This 12 day of April, 2011.

CHRISTOPHER J. LIKEN

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

ALLISON N. PRACHT,    *    CHAPTER 13

Debtors.    *    CASE NO. 11-30594

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of **$340.00 monthly..**

2. From the payments so received the trustee shall make disbursements as follows:

    (a)    The trustee percentage fee as set by the United States Trustee.

    (b)    The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| | | |

   (c)    Pre-confirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| | |

   (d)    The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. *See §1325(a)*.

| NAME OF CREDITOR | AMOUNT DUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| CREDITOR | AMT. DUE | VALUE | INT. RATE | COLLATERAL | MONTHLY PAYMENT AMT. |
|---|---|---|---|---|---|
| | | | | | |

(f) Attorney fees ordered pursuant to *11 U.S.C. §507(a)(2)* of **$3,000.00** to be paid as follows:

| | MONTHLY PAYMENT |
|---|---|
| Pursuant to the Current Administrative Order on Attorney Fee Awards | Pay according to the administrative order |

(g) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL |
|---|---|---|---|---|
| | | | | |

(h) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| | |

(i) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will be made simultaneously with payment of the secured debt to the extent funds are available and will include interest at the rate of ___%. (If this is left blank, no interest will be paid.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
| | |

(j) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of the secured debt:

(k) All other *11 U.S.C. §507* priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(l) The debtor(s) will be the disbursing agent on the following debts:
**Bank of America and IndyMac to be paid direct on loans secured by residence.**

(m) <u>Special provisions</u>:

(n) Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtors will pay the highest of the three)

    (i) Debtor will pay all of his disposable income as shown on Form B22C of **$20,400.00** to the non-priority unsecured creditors in order to be eligible for a discharge.

    (ii) If the debtor filed a Chapter 7 case, the priority and other unsecured creditors would receive **$0.00**. Debtor will pay this amount to the priority and other unsecured creditors in order to be eligible for discharge in this case.

    (iii) The debtor will pay **$20,400.00** to the general unsecured creditors to be distributed prorata.

(o) General unsecured creditors whose claims are duly proven and allowed will be paid (choose only one)

    (a) ____% dividend as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(i), (n)(ii) or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for discharge.

    (b) the debtor(s) will make payments for **60** months and anticipates a dividend of **2%**, but will also exceed the highest amount shown in paragraph (n)(i), (n)(ii) or (n)(iii) above.

(p) Unless otherwise ordered by the court, all property of the estate, whether in the possession of the trustee or the debtor, remains property of the estate subject to the court's jurisdiction, notwithstanding §1327(b), except as otherwise provided in paragraph (m) above. Property of the estate not paid to the trustee shall remain in the possession of the debtor. All property in the possession and control of the debtor shall be insured by the debtor. The chapter 13 Trustee will not and is not required to insure assets and has no liability for injury to any person, damage or loss to any property in possession and control of the debtor or other property affected by property in possession and control of the debtor.

Date: 4-11-11      _Allison Peault_
                                             Debtor

```
Label Matrix for local noticing        3                                    American Express
113G-3                                  433 Cherry Street                   PO Box 981535
Case 11-30594                           P.O. Box 1957                       El Paso, TX  79998-1535
Middle District of Georgia              Macon, GA 31202-1957
Athens
Thu Apr  7 16:10:46 EDT 2011

Bank of America                         Bank of America Mortgage            Best Buy
PO Box 15026                            PO Box 650070                       PO Box 15521
Wilmington, DE 19850-5026               Dallas, TX  75265-0070              Wilmington, DE  19850-5521


Capital One                             Chase                               Chase United
PO Box 85167                            PO Box 15298                        PO Box 15298
Richmond, VA  23285-5167                Wilmington, DE  19850-5298          Wilmington, DE  19850-5298


Delta Sky Miles                         (p)DISCOVER FINANCIAL SERVICES LLC  GE Money Bank
PO Box 981535                           PO BOX 3025                         PO Box 103104
El Paso, TX  79998-1535                 NEW ALBANY OH 43054-3025            Roswell, GA 30076-9104


HSBC Gold Mastercard                    IndyMac                             U.S. Department of Education
PO Box 81622                            PO Box 78826                        Direct Loan Servicing Center
Salinas, CA  93912-1622                 Phoenix, AZ  85062-8826             P.O. Box 5609
                                                                            Greenville, TX  75403-5609


U.S. Trustee - MAC 13                   USAA                                Wells Fargo
440 Martin Luther King Jr. Boulevard    Credit Card Resolution Services     PO Box 5071
Suite 302                               PO Box 34894                        Portland, OR  97208-5071
Macon, GA 31201-7987                    San Antonio, TX 78265-4894


Allison N. Pracht                       Christopher J. Liken                Trustee Camille Hope
324 Oak Meadow Drive                    P.O. Box 1586                       P.O. Box 954
Athens, GA 30605-4539                   Athens, GA 30603-1586               Macon, GA 31202-0954



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover                                End of Label Matrix
PO Box 30943                            Mailable recipients    20
Salt Lake City, UT  84130               Bypassed recipients     0
                                        Total                  20
```