UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| ALLISON N. PRACHT, | * | CASE NO. 11-30594 |
| Debtor. | * | |

**NOTICE OF MODIFICATION OF PLAN AND OPPORTUNITY TO OBJECT**

The above-referenced Debtor has filed with the Court a modification of her Chapter 13 Plan. This notice is served pursuant to M.D. Ga LBR 2002-1(a).

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

IF YOU DO NOT WANT THE PLAN MODIFIED AS SET FORTH IN THE MODIFICATION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEW ON THE MODIFICATION, THEN YOU OR YOUR ATTORNEY MUST FILE AN OBJECTION TO CONFIRMATION OF THE PLAN WITH THE COURT AND SERVE A COPY OF THE OBJECTION ON THE UNDERSIGNED ON OR BEFORE **NOVEMBER 5, 2011**. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MODIFICATION AND MAY ENTER AN ORDER CONFIRMING THE PLAN AS MODIFIED. IF AN OBJECTION IS FILED, THE COURT WILL CONSIDER THE OBJECTION AT THE CONFIRMATION HEARING SCHEDULED AT **3:30 O'CLOCK P.M. ON THE 21ST DAY OF NOVEMBER, 2011** IN THE UNITED STATES COURTROOM, POST OFFICE BUILDING, 115 E. HANCOCK AVENUE, ATHENS, GEORGIA 30601.

ANY OBJECTION MUST BE FILED WITH THE CLERK, UNITED STATES BANKRUPTCY COURT, PO BOX 1957, MACON, GEORGIA 31202, (478) 752-3506 WITH A COPY SERVED ON THE UNDERSIGNED.

This 14 day of October, 2011.

HARRIS & LIKEN, L.L.P.

PO Box 1586
Athens, GA 30603
(706) 613-1953

CHRISTOPHER J. LIKEN, Attorney for Debtor
State Bar No. 452355

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| ALLISON N. PRACHT, | * | CASE NO. 11-30594 |
| Debtor. | * | |

**DEBTOR'S PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN**

*COMES NOW* the above-referenced Debtor who, pursuant to *11 U.S.C. §1323*, modifies her Chapter 13 Plan as follows:

1.

Debtor modifies her Chapter 13 Plan previously filed in this case to include the provision that she proposes to pay directly to the U.S. Department of Education $532.12 monthly toward repayment of student loan debt.

2.

Debtor further modifies her Plan to show a base amount of $15,660.00 to be distributed to general unsecured creditors over the life of the Plan, lowered from the $20,400.00 shown in the Plan as previously filed.

3.

Other than as modified herein, the Plan as previously filed remains unchanged.

WHEREFORE, Debtor requests that her Chapter 13 Plan as modified be confirmed as the Plan in her Chapter 13 case.

HARRIS & LIKEN, L.L.P.

_____
CHRISTOPHER J. LIKEN
Attorney for Debtor
State Bar No. 452355

PO Box 1586
Athens, GA 30603
(706) 613-1953

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| ALLISON N. PRACHT, | * | CASE NO. 11-30594 |
| Debtor. | * | |

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the foregoing **NOTICE AND DEBTOR'S PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN** in the manner required by law addressed to all creditors on the attached matrix and also on the following:

*Sent electronically to:*

Ms. Camille Hope, Chapter 13 Trustee
*docomt@chapter13macon.com*

This 14 day of October, 2011.

_____
CHRISTOPHER J. LIKEN

```
Label Matrix for local noticing         HSBC Bank Nevada, N.A.                   PRA Receivables Management LLC
113G-3                                  Bass & Associates, P.C.                  POB 41067
Case 11-30594                           3936 E. Ft. Lowell Rd., Ste. 200         Norfolk, VA 23541-1067
Middle District of Georgia              Tucson, AZ 85712-1083
Athens
Fri Oct 14 16:46:43 EDT 2011

3                                       American Express                         American Express Bank, FSB
433 Cherry Street                       PO Box 981535                            c o Becket and Lee LLP
P.O. Box 1957                           El Paso, TX  79998-1535                  POB 3001
Macon, GA 31202-1957                                                             Malvern, PA 19355-0701


American Express Centurion Bank         BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE   Bank of America
c o Becket and Lee LLP                  c/o Rubin Lublin Suarez Serrano, LLC     PO Box 15026
POB 3001                                3740 Davinci Court                       Wilmington, DE 19850-5026
Malvern, PA 19355-0701                  Suite 100
                                        Norcross, GA 30092-7613


Bank of America Mortgage                Best Buy                                 CANDICA L.L.C.
PO Box 650070                           PO Box 15521                             C O WEINSTEIN AND RILEY, PS
Dallas, TX 75265-0070                   Wilmington, DE  19850-5521               2001 WESTERN AVENUE, STE 400
                                                                                 SEATTLE, WA 98121-3132


Capital One                             Chase                                    Chase Bank USA, N.A.
PO Box 85167                            PO Box 15298                             PO Box 15145
Richmond, VA  23285-5167                Wilmington, DE  19850-5298               Wilmington, DE 19850-5145


Chase United                            Delta Sky Miles                          (p)DISCOVER FINANCIAL SERVICES LLC
PO Box 15298                            PO Box 981535                            PO BOX 3025
Wilmington, DE  19850-5298              El Paso, TX  79998-1535                  NEW ALBANY OH 43054-3025


Discover Bank                           FIA Card Services, NA as successor in intere   GE Money Bank
DB Servicing Corporation                Bank of America NA and MBNA America Bank PO Box 103104
PO Box 3025                             PO Box 15102                             Roswell, GA 30076-9104
New Albany, OH  43054-3025              Wilmington, DE  19886-5102


HSBC Bank Nevada, N.A.                  HSBC Gold Mastercard                     IndyMac
by PRA Receivables Management, LLC      PO Box 81622                             PO Box 78826
PO Box 12907                            Salinas, CA  93912-1622                  Phoenix, AZ  85062-8826
Norfolk VA 23541-0907


OneWest Bank, FSB                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC     U.S. Department of Education
2900 Esperanza Crossing                 PO BOX 41067                             Direct Loan Servicing Center
Austin, TX 78758-3658                   NORFOLK VA 23541-1067                    P.O. Box 5609
                                                                                 Greenville, TX. 75403-5609


U.S. Trustee - MAC 13                   USAA                                     USAA FEDERAL SAVINGS BANK
440 Martin Luther King Jr. Boulevard    Credit Card Resolution Services          C O WEINSTEIN AND RILEY, PS
Suite 302                               PO Box 34894                             2001 WESTERN AVENUE, STE 400
Macon, GA 31201-7987                    San Antonio, TX 78265-4894               SEATTLE, WA 98121-3132
```

| | | |
|---|---|---|
| Wells Fargo<br>PO Box 5071<br>Portland, OR 97208-5071 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 |
| Allison N. Pracht<br>324 Oak Meadow Drive<br>Athens, GA 30605-4539 | Christopher J. Liken<br>P.O. Box 1586<br>Athens, GA 30603-1586 | Trustee Camille Hope<br>P.O. Box 954<br>Macon, GA 31202-0954 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover<br>PO Box 30943<br>Salt Lake City, UT 84130 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Gem Loc Fixed Prime<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAC Home Loans Servicing, LP fka Countrywi | (d)HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients    2<br>Total    37 |